889 P.2d 65

# SUPREME COURT OF HAWAII

| | | | |
|---|---|---|---|
| Doty v. Tanaka | 16614 | 11/01/94 | Affirmed |
| Curran v. KGU Partners, Ltd. | 17404 | 11/01/94 | Dismissed |
| Ream v. Glass | 16435 | 11/01/94 | Affirmed |
| State v. Jones | 17855 | 11/02/94 | Affirmed |
| State v. Manley | 18052 | 11/02/94 | Affirmed |
| Duarte v. State | 16702 | 11/02/94 | Affirmed |
| Northup v. Tanaka | 17058 | 11/02/94 | Affirmed |
| State v. Haynes | 17157 | 11/02/94 | Affirmed |
| Morin v. Morin | 15345, 15895 | 11/09/94 | Affirmed |
| Olson v. Coronel | 16199, 16209, 16481 | 11/15/94 | Dismissed |
| Hirano v. Mabellos | 17179 | 11/17/94 | Vacated and Remanded |
| Goss v. Sumida | 15623 | 11/18/94 | Affirmed |
| Asao v. Namuo | 17176 | 11/18/94 | Reversed |
| Omoto v. Tanaka | 16504, 16740 | 11/23/94 | Affirmed |
| Higa v. Tanaka | 16633 | 11/29/94 | Affirmed |
| Chun v. Tanaka | 17060 | 11/29/94 | Affirmed |
| Cabacungan v. Aloha Airlines, Inc. | 16713 | 11/30/94 | Affirmed |
| Smith v. Prest | 16107 | 12/02/94 | Vacated and Remanded |
| Auker v. Tanaka | 16632 | 12/05/94 | Affirmed |
| State v. Emura | 18102 | 12/12/94 | Affirmed |
| State v. Nguyen | 18002 | 12/12/94 | Affirmed |
| State v. Shaver | 16664, 16668, 16671 | 12/13/94 | Affirmed |
| Doe, John (DOB 2/20/79), In re | 18201 | 12/14/94 | Affirmed |
| State v. Tasaka | 17982 | 12/14/94 | Affirmed |
| State v. Gomes | 17793 | 12/14/94 | Affirmed |
| State v. Bui | 17787 | 12/14/94 | Affirmed, Vacated and Remanded |
| State v. Heide | 17893 | 12/14/94 | Reversed |
| Ambler v. Administrative Director of the Court | 17675 | 12/15/94 | Affirmed |
| Graf v. Administrative Director of the Court | 17569 | 12/15/94 | Reversed and Remanded |
| Seales v. Benson | 17368 | 12/15/94 | Affirmed |
| Johns v. University of Hawai'i | 17514 | 12/16/94 | Affirmed |
| Loui v. State | 16880 | 12/19/94 | Reversed in part & Affirmed in part |
| Jacobi v. United Nat'l Ins. Co. | 15854 | 12/21/94 | Affirmed |